**COURT OF APPEALS FOR THE**
**FIRST DISTRICT OF TEXAS AT HOUSTON**



**ORDER**

Appellate case name:     Ex parte Joseph Gomez

Appellate case number:   01-20-00004-CR & 01-20-00005-CR

Trial court case number: 1657519 & 1657521

Trial court:             338th District Court of Harris County

        The motion for rehearing is denied.


        It is so ORDERED.


Judge's signature:    /s/ Peter Kelly
                      ☑   Acting for the Court

Panel consists of Justices Kelly, Landau, and Farris.



Date:  November 1, 2022